```
BENJAMIN B. WAGNER
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
CHRISTINA M. EASTMAN
Certified Law Clerk, Misdemeanor Unit
501 "I" Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2805
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                )<br>          Plaintiff,           )<br>                                )<br>     v.                         )<br>                                )<br> WILLIAM PEPPER,                )<br>                                )<br>          Defendant.            )<br> _____) | Cr. No. S-09-427-JAM<br><br>ORDER AUTHORIZING CERTIFIED LAW<br>STUDENT TO APPEAR AND ARGUE ON<br>BEHALF OF THE GOVERNMENT<br><br>DATE:  March 16, 2010<br>TIME:  3:00 p.m.<br>JUDGE: Hon. John A. Mendez |

Under Local Rule 83-181, the government's request for permission for CHRISTINA M. EASTMAN, a certified law student in the United States Attorney's Office Misdemeanor Unit, to argue the appeal on behalf of the government is granted.

IT IS SO ORDERED.

DATED: March 11, 2010

/s/ John A. Mendez
HON. JOHN A. MENDEZ
U.S. District Court Judge